## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HUNG NAM HUYNH, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CIV-26-697-J |
| | ) |
| PAMELA BONDI, Attorney | ) |
| General et al., | ) |
| | ) |
| Respondents. | ) |

## ORDER TO CURE DEFICIENCIES

The Court has received the habeas corpus petition filed by counsel Nicholas Ratkowski on behalf of Petitioner. Doc. 1. It appears counsel is not a resident of and does not maintain an office in Oklahoma. He is therefore required to comply with LCvR83.3(a), which requires association of nonresident counsel with local counsel.

Counsel must associate with local counsel or seek waiver of the local counsel requirement under LCvR83.3(c) by **April 30, 2026,** or he will be deemed withdrawn as counsel for Petitioner in this action.

**SO ORDERED** this 24th day of April, 2026.

SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE