## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

HUNG NAM HUYNH,                          )
                                         )
      Petitioner,                        )
                                         )
v.                                       )        Case No. CIV-26-697-J
                                         )
TODD BLANCHE, et al.,                    )
                                         )
      Respondents.                       )

## ORDER

Petitioner Hung Nam Huynh, an immigration detainee, filed a Verified Petition for Writ of Habeas Corpus (Petition) [Doc. No. 1], pursuant to 28 U.S.C. § 2241.  The matter was referred to United States Magistrate Judge Suzanne Mitchell consistent with 28 U.S.C. § 636(b)(1)(B),(C). Judge Mitchell issued a Report and Recommendation recommending that the Court dismiss the Petition as moot because Petitioner is no longer in custody.  No objection has been filed. Upon review of the Report and Recommendation, the Court ADOPTS the Report and Recommendation [Doc. No. 15] and DISMISSES the Petition [Doc. No. 1] as moot because Petitioner is no longer in custody.

IT IS SO ORDERED this 11th day of June, 2026.

_____
BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE